**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIE COOLEY, | No. 12-17071 |
| Petitioner - Appellant, | D.C. No. 1:12-cv-01164-LJO |
| v. | |
| C. WOFFORD, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Gary S. Austin, Magistrate Judge, Presiding

Submitted March 10, 2014[**]

Before:    PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

California state prisoner Willie Cooley appeals pro se from the district

court's judgment dismissing his 28 U.S.C. § 2254 habeas petition.  We have

jurisdiction under 28 U.S.C. § 2253, and we vacate and remand.

_____

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

In his order dismissing with prejudice Cooley's habeas petition, the magistrate judge incorrectly stated that Cooley had consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). Because the record reflects that Cooley expressly declined to give such consent, the magistrate judge lacked authority to issue a final order dismissing with prejudice Cooley's habeas petition. *See* 28 U.S.C. § 636; Fed. R. Civ. P. 72. Accordingly, we vacate the judgment and remand for further proceedings.

In light of this disposition, we do not reach Cooley's contentions regarding the merits of his habeas petition.

**VACATED and REMANDED.**